COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Motions denied, without costs.

James ASHLEY, respondent, v. NATIONAL HOTEL CO., appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held: That the court erred in refusing to charge as requested "that on the evidence the defendant did not maintain any faulty construction, either in the elevator or in the walls or openings or plans and designs of the same." All concur.

AUGUST, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Simon August against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

Vincent J. AUNCHMAN v. S. Howard LEGGETT. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion granted, with $10 costs. Order filed.

George BAGDON, appellant, v. PHILADELPHIA & READING COAL & IRON COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Motion granted. The question certified is: "Should service of the summons in this action upon the defendant be set aside?"

Hyman D. BAKER v. ANCIENT ORDER OF HIBERNIANS. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion denied, with $10 costs. Order filed.

Theodore BAKER and others, appellants, v. Emma H. GRIFFITH and Charles E. GRIFFITH, respondents. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Motion granted, and case set down for Friday, January 14, 1916.

Dickerson G. BAKER and another, appellants, v. Frank H. PAGE et al., respondents. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

John W. BAKER, applt., v. TOWN OF GROVE, respt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment and order affirmed with costs. All concur.

BARBER, Respondent, v. KNAPP et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Mina C. Barber, against Martha A. Knapp and another. No opinion. Findings of fact numbered sixth and ninth disapproved, in so far as it is therein found that Rena P. Knapp made an agreement to sell or sold gravel from the premises described in the complaint, and the conclusions of law numbered first and second are modified by striking therefrom the words "and Rena P. Knapp," and the conclusion of law numbered fourth is modified by striking therefrom so much thereof as adjudges that the plaintiff recover costs and disbursements of the action to be taxed and deducted from the moneys arising from the sale of gravel and on deposit with the county treasurer, and by inserting in lieu thereof a provision that no costs be allowed to any party in the trial court. The judgment appealed from is modified accordingly, and as so modified is affirmed, without costs of this appeal to any party.

Albert BARBER, applt., v. W. A. CASE & SON MFG. CO., respt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment and order affirmed, with costs. All concur.

Clara S. BARCLAY as trustee, Respt., v. Reginald G. BARCLAY, Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order (155 N. Y. Supp. 221) affirmed, with $10 costs and disbursements. No opinion. Order filed.

William H. BARNARD and ano., Respts., v. Noah H. SWAYNE et al., impld. with Florence De G. Shaw, Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

In re BARNES. (Supreme Court, Appellate Division, Fourth Department. November 24, 1915.) In the matter of the application of James M. Barnes for the appointment of commissioners to ascertain the damage to his property caused by the change of grade of street in Cuba Village. No opinion. Judgment affirmed, with costs, upon stipulation filed.

Charles P. BARNES, applt., v. Oliver DE RIDDER and one, respts. Charles P. BARNES, applt., v. Simon H. AGNEW and one, respts. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment affirmed, with costs. All concur.

Retta H. BARRANGER, Applt., v. JAMES BUTLER, Inc., Respt. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Van R. BARRETT, respt., v. William J. BRADY, applt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held: 1. That the exception taken to the refusal of the court to dismiss the first cause of action stated in the complaint because of the failure of evidence to support it, constituted reversible error. 2. That the finding of the jury upon the second cause of action stated in the complaint is against the weight of the